IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ADAM SMITH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MIKE HADDON et al.,<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:20-CV-381-DBB<br><br>District Judge David B. Barlow |

　　　Plaintiff has not responded to the October 7, 2020 order to within thirty days show cause why his case should not be dismissed for failing to file his certified six-month inmate account statement, as ordered. (ECF Nos. 5, 12.) Plaintiff was last heard from on September 17, 2020--nearly three months ago--when he submitted some medical records. (ECF No. 11.)

　　　**IT IS ORDERED** that, because Plaintiff has neither followed the Court's order, nor prosecuted this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

　　　DATED this 10th day of December, 2020.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DAVID B. BARLOW
　　　　　　　　　　　　　　　　United States District Judge